ACCEPTED
12-14-00195
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/26/2015 11:22:18 AM
CATHY LUSK
CLERK



**SMITH COUNTY COURTHOUSE**
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

*April Allison Sikes, First Assistant*

# D. Matt Bingham

### Criminal District Attorney
### Smith County

RECEIVED IN
12th TELEPHONE: APPEALS (903) 590-1720
TELECOPIER (903) 590-1719
2/26/2015 11:22:18 AM
Michael J. West, Appellate Chief
CATHY S. LUSK
Jennifer Barfield, Office Director
Clerk

**FILED**

2/26/2015

**Twelfth Court of Appeals**
**Cathy Lusk**
**Clerk**

February 26, 2015

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:   12-14-00195-CR, Spangler v. State - State's Letter Brief.**

To the Honorable Judges,

Appellant in the above-numbered cause has filed a brief complaining about the lack of a support in the Bill of Costs for the amount of court costs ordered by the trial court in this case. Specifically, Appellant complains that he was improperly charged $50.00 for a "warrant fee" where he was originally arrested on sight and the record does not show that any warrant was ever executed against him.

Appellant requested that the Clerk's Record in this case be prepared and to include a written copy of the Bill of Costs. The District Clerk's office prepared the Clerk's Record in this case to include the requested documentation and had it filed with the records of this Court.

The Bill of Costs in the record of this case shows that the District Clerk's office imposed a $50.00 cost for "WARRANT FEE" as part of the costs of court. (CR: 80). The State concedes that there is no evidence in the record of this case to indicate that the $50.00 "Warrant Fee" was properly assessed where there is nothing in the record to show that any warrant was ever executed against Appellant. *See* TEX. CODE CRIM. PROC. Art. 102.011 (a) (2) (A) (Vernon 2014).

Consequently, where the record reflects a $50.00 charge in the Bill of Costs for a warrant fee, the State also concedes that this cost was not properly assessed and that the Bill of Costs in this case should be modified to reflect actual court costs of $318.00, and not $368.00 as currently reflected. *See* TEX. R. APP. P. Rule 43.2 (b) (Vernon 2015);

*Brewer v. State*, 572 S.W.2d 719, 723 (Tex.Crim.App. 1978) ("Where the Court has the necessary data and evidence before it for reformation, the judgment may be reformed on appeal.").

Thank you,

Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Reply Brief in the above numbered cause contain 294 words, an amount which complies with Texas Rule of Appellate Procedure 9.4.

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of February, 2015, the following have been completed:

(1) The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically served on:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719